IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC RICHARDS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>BRACEBRIDGE CAPITAL LLC,  )<br>JAMES DIBIASE, and NANCY  )<br>ZIMMERMAN,  )<br>  )<br>    Defendants.  )  | Civil Action No. 05-10002-RCL |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants respectfully move to dismiss all counts of the Complaint to the extent that they assert claims against defendant Nancy Zimmerman. Defendants also move to dismiss all counts of the Complaint to the extent that they assert claims against defendant James DiBiase under the Americans With Disabilities Act. The grounds for this motion are more fully set forth in the accompanying memorandum of law.

- 2 -

        Respectfully submitted,

        BRACEBRIDGE CAPITAL LLC
        JAMES DIBIASE
        NANCY ZIMMERMAN

        By their attorneys,

        /s/Mark W. Batten
        Mark W. Batten, BBO #566211
        Proskauer Rose LLP
        One International Place
        Boston, MA 02110
        (617) 526-9850

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's electronic filing system and by first-class mail, postage prepaid, this 4th day of March, 2005.

        /s/Mark W. Batten
        Mark W. Batten