IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC RICHARDS,<br><br>    Plaintiff,<br><br>vs.<br><br>BRACEBRIDGE CAPITAL LLC,<br>JAMES DIBIASE, and NANCY<br>ZIMMERMAN,<br><br>    Defendants. | Civil Action No. 05-10002-RCL |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff and defendants hereby stipulate to the dismissal with prejudice of all claims asserted in the Complaint against Nancy Zimmerman.

Each party shall bear his or its own costs and fees and waives all rights of appeal with respect to this dismissal.

- 2 -

|  |  |
|---|---|
|  | Respectfully submitted, |
| ERIC RICHARDS | BRACEBRIDGE CAPITAL LLC<br>JAMES DIBIASE<br>NANCY ZIMMERMAN |
| By his attorneys, | By their attorneys, |
| /s/Paul Holtzman<br>Paul Holtzman<br>Krokidas & Bluestein<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 482-7211 | /s/Mark W. Batten<br>Mark W. Batten, BBO #566211<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9850 |

Dated: March 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's electronic filing system and by first-class mail, postage prepaid, this 22nd day of March, 2005.

/s/Mark W. Batten
Mark W. Batten