IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC RICHARDS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-10002-RCL |
| BRACEBRIDGE CAPITAL LLC and JAMES DIBIASE, | ) |
| Defendants. | ) |

## CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Bracebridge Capital LLC
By: James DiBiase,
Chief Operating Officer

_____
James DiBiase

Dated: April 13, 2005

_____
Mark W. Batten, BBO #566211
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9850

6880/14208-001 BNLIB1/114073v1