UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. C.A. No. 05-10002 RCL

| | |
|---|---|
| ERIC RICHARDS, | ) |
| Plaintiff. | ) |
| v. | ) |
| BRACEBRIDGE CAPITAL L.L.C. and JAMES DIBIASE | ) |
| Defendants | ) |

**CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Local Rule 16.4,

_____
Eric Richards

COUNSEL FOR ERIC RICHARDS,

/>~
Paul Holtzman (BBO #563184)
Emily R. Daughters (BBO #647114)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
BostoD, MA 02210
(617) 482-7211

Dated: April 11, 2005

2114\0002\15008'6. !