UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. C.A. No. 05-10002 RCL

| | |
|---|---|
| ERIC RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRACEBRIDGE CAPITAL L.L.C. and JAMES DIBIASE | ) |
| | ) |
| Defendants | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action hereby stipulate, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1), that all claims asserted in this action, including all claims, counterclaims, and third party claims, be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

| ERIC RICHARDS | BRACEBRIDGE CAPITAL L.L.C. and JAMES DIBIASE |
|---|---|
| By his attorneys, | By their attorney, |
| Paul Holtzman (BBO #563184) | Mark W. Batten (BBO #566211) (w/permission ERD) |
| Emily R. Daughters (BBO #647114) | PROSKAUER ROSE LLP |
| KROKIDAS & BLUESTEIN LLP | One International Place, 14th Floor |
| 600 Atlantic Avenue | Boston, MA 02110 |
| Boston, MA 02210 | (617) 526-9850 |
| (617) 482-7211 | |

Date: August 17, 2005

2114\0002\154540.1